**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00156-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT COLE,

       Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

       The sentencing hearing in this case is scheduled for **November 30, 2010, at 11:00 a.m.**

       This hearing will be on the docket of Judge David M. Ebel, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

       DATED:    October 21, 2010